# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MOHAMMAD RAED KARAJA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-01372-MHH-SGC |
| ) | |
| ATTORNEY GENERAL JEFFERSON ) | |
| B. SESSIONS, III, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

On August 15, 2017, pro se petitioner Mohammad Raed Karaja filed this 28 U.S.C. § 2241 petition for writ of habeas corpus seeking to be released from custody pending his removal to Palestine. (Doc. 1). The respondent asks the Court to dismiss this action as moot. (Doc. 10).

Mr. Karaja was released from ICE custody on October 11, 2017 under an order of supervision. (Doc. 10-1, pp. 1-2). Therefore, Mr. Karaja's habeas corpus claim is moot because the Court no longer can provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (after a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid the mootness doctrine).

The Court will grant the respondent's motion and dismiss this action by separate order.

**DONE** and **ORDERED** this October 16, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE